## Duld Estate.

Argued April 22, 1957. Before JONES, C. J., BELL, CHIDSEY, MUSMANNO, ARNOLD, JONES and COHEN, JJ.

*William S. Hudders,* with him *Butz, Hudders, Tall-
man & Rupp,* for petitioners (appellants in No. 167).

*Donald L. LaBarre,* with him *Harold W. Helfrich*
and *James L. Weirbach,* for respondent (appellant in
No. 161).

Opinion Per Curiam, May 27, 1957:
Decree affirmed on the opinion of Judge Gearhart,
dated and filed June 19, 1956, reported in 8 D. & C.
2d 330; costs to be paid by the estate.